STATE OF TEXAS

FOURTH COURT OF APPEALS

300 DOLOROSA ST.

SAN ANTONIO, TEXAS 78205

RAMIRO, MATA

APPLICANT

V

STATE OF TEXAS

TRIAL NO.2003CR4361, APPEALNO.04-04-00917-CR

\* \* \* \* \* \* \*

APPLICANTS MOTION FOR DISCOVERY

\* \* \* \* \* \* \*

TO THE HONORABLE COURT:

COMES NOW RAMIRO MATA, APPLIVANT, WHOM IS INCARCERATED, PRO SE AND INDIGENT, I HAVE NO MATERIAL WEALTH NOR INCOME FROM ANY SOURCE TO PAY FOR RECORDS, FEES, COSTS,BONDS SEE TRCP 145.

I REQUIRE TO HAVE THE FOLLOWING EVIDENCES TO MAKE A SATISFACTORY CHALLENGE TO MY CONVICTION IN THE 379th JUDICIAL DISTRICT COURT IN THE ABOVE NUMBERED AND ENTITLED CAUSE. 1.) A COPY OF THE INDICTMENT, 2.) A COPY OF THE JUDGEMENT AND SENTENCE, 3.) A COPY OF THE OPINION11/23/2005, AND,or,THE ENTIRE RECORDS FROM THE CLERK, AND,/OR, OF THE COURT REPORTER, EASILY 248 SW3d 272. ANY COMPLAINTS NOLO PROSECUTORI IN THIS CASE! WHEREFORE PREMISESCONSIDERED APPLICANT PRAYS THIS HONORABLE COURT GRANT HIM THIS AND ANY OTHER RELIEF HE MAY BEW ENTITLED,

RESPECTFULLY,

§132.003TCP&RCODES I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE ANDCORRECT.
RAMIRO MATA #1302032

From: Ramiro R. Mata
#1302032
John B. Connally Jr. Unit
899 FM 632
Kenedy Texas 78119

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO. TEXAS
2015 JUL 17 AM 11:25
Keith E. Hottle
KEITH E. HOTTLE. CLERK

SCANNED
Date: 7-20-15
Initials: RG

In The Court Of Appeals
For The Fourth District
Of Texas
300 Dolorosa St.
San Antonio, Texas 78205

Attn: Cause No # 04-04-00917-CR
Trial Court No # 2003-CR-4361

Refrence To : All Transcripts Of Trial Or A Current Table Of
Context Of/For Court Of Appeals

Dear Clerk: I Was Advised To Write To You, Your Court, In
Regarding Access To My Trial Records Such As All Transcripts Of
Trial, All Evidence Presented, All Statements, All Forensic Evidence Or
All Volumes From Court. I Am In The Process Of Filing A
Post-Conviction 11.07 Habeas Corpus Petition

Alternatively, If You Can Provide Me A List Of Documents
And Trial Records. (Table Of Context) I Thank You In Advance
For Your Time, Help On The Above Matter And Issue Above.
** (An Item -List Of Documents And Records ) **

P.S. Respond To The
Above Address.

Respectfully Submitted

Ramiro Mata
TDC-J #1302032 John B. Connally Jr. Unit
899 FM 632
Kenedy Texas 78119

Legal Mail

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
15 MAR 2015 PM 2 L

In The Court Of Appeals
For The Fourth District Of Texas
300 Dolorosa St.
San Antonio, Texas 78205 5

7820530037959